IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gates, Ronald L | Case Number: 05 B 03787 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 2/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,200.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 15,446.81 |
| Priority: | | 0.00 |
| Administrative: | | 894.00 |
| Trustee Fee: | | 859.19 |
| Other Funds: | | 0.00 |
| Totals: | 17,200.00 | 17,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 894.00 | 894.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 7,585.00 | 4,287.08 |
| 3. | United Student Aid Funds Inc | Unsecured | 12,259.33 | 6,929.03 |
| 4. | United States Dept Of Education | Unsecured | 6,599.89 | 3,729.96 |
| 5. | SBC | Unsecured | 886.01 | 500.74 |
| 6. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 7. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 8. | First Premier | Unsecured | | No Claim Filed |
| 9. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 10. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 11. | Scholastic Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,224.23 | $ 16,340.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 96.00 |
| 3% | 36.00 |
| 5.5% | 330.00 |
| 5% | 30.00 |
| 4.8% | 86.39 |
| 5.4% | 280.80 |
| | _____ |
| | $ 859.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gates, Ronald L | Case Number: 05 B 03787 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 2/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_